**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**AURORA CRESPO,**

                **Plaintiff,**

**-vs-**                                                 **Case No. 6:05-cv-1384-Orl-31KRS**

**T-JAX ORLANDO, INC. & WILLIAM FORNESS,**

                **Defendants.**

_____

## ORDER

Upon consideration of the Joint Motion for Approval of Settlement and Motion to Dismiss with Prejudice (Doc. 20), it is

**ORDERED** that the Motion is GRANTED, in part. The Court finds that the Settlement Agreement is a fair and reasonable compromise of a legitimate dispute between parties represented by competent counsel. Therefore, the Settlement Agreement is approved with the exception of that portion contained in the article Seventh, which prohibits disclosure of the Agreement. The Settlement Agreement itself is filed of record and is not confidential. That portion of the Agreement pertaining to confidentiality thereof is therefore severed, and the balance of the Agreement shall remain viable as per article Ninth. The case is dismissed with prejudice and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 1, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

                                                              GREGORY A. PRESNELL
                                                 UNITED STATES DISTRICT JUDGE